1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DERRICK AUSTIN, *et al.*, | Case No. 1:24-cv-00647-KES-CDB |
| Plaintiffs, | ORDER DENYING AS MOOT SUBSTITUTION OF ATTORNEY |
| v. | (Doc. 15) |
| KERN COUNTY SHERIFF'S OFFICE, *et al.*, | |
| Defendants. | |

The Court has read and considered the filed Consent Order Granting Substitution of Attorney Form AO-154 of Plaintiffs Estate of Derrick Austin, *et al.*, to substitute Denisse O. Gastélum as counsel of record in place of Mike Arias and Alex Ballard.  (Doc. 15).

The request is missing the signature and date of the new attorney.  (Doc. 15 at 1). Additionally, it appears from the docket that Denisse O. Gastélum is already counsel for Plaintiffs, from the time of the initial complaint (Doc. 1) as per Local Rule 182(a)(2), rendering moot Plaintiff's substitution request.  In the declaration of Mike Arias accompanying the form, Arias represents at paragraph four that Gastélum is already counsel for Plaintiffs in the action. (Doc. 15-1 at 2).  At paragraph 3, Arias reperesents that he and Ballard seek withdrawal as counsel.  *Id.*

1	Plaintiffs' Consent Order Granting Substitution of Attorney Form AO-154 (Doc. 15) is
2	both moot as to Gastélum and the incorrect method for Arias and Ballard to withdraw as counsel.
3	Accordingly, it is HEREBY ORDERED that Plaintiff's request to substitute counsel
4	(Doc. 15) is DENIED as moot.  Counsel are directed to use the appropriate procedure when
5	seeking withdrawal.
6	IT IS SO ORDERED.

Dated:	**September 18, 2024**

UNITED STATES MAGISTRATE JUDGE