UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DERRICK AUSTIN, *et al.*, | Case No. 1:24-cv-00647-KES-CDB |
| Plaintiffs, | ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
| v. | |
| KERN COUNTY SHERIFF'S OFFICE, *et al.*, | (Doc. 25) |
| Defendants. | |

Pending before the Court is the parties' second stipulated request to extend time for County Defendants to file their responsive pleading to the first amended complaint. (Doc. 25). Parties first stipulation was filed on September 18, 2024, extending County Defendants' response deadline to October 18, 2024, under Local Rule 144(a). (Doc. 19). The parties represent that good cause exists for granting the relief requested as documents necessary for the review and preparation of a response were corrupted. (Doc. 25 at 2). Additionally, after being able to access the documents for the first time on October 14, 2024, County Defendants noted that additional records were needed to properly prepare a response but the individuals who could provide them were out sick or on vacation, with a return date on October 24, 2024. *Id.*

//

//

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED County Defendants shall have until **November 8, 2024**, to file a responsive pleading to Plaintiffs' first amended complaint.

IT IS SO ORDERED.

Dated: **October 18, 2024**

UNITED STATES MAGISTRATE JUDGE

2