UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DERRICK AUSTIN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00647-CDB<br><br>ORDER ON STIPULATION GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>(Doc. 51)<br><br>**7-DAY AND 30-DAY DEADLINE** |

On May 31, 2024, Plaintiffs Estate of Derrick Austin and Lillie Wolfe and James Ledford, as successors in interest and individually, initiated this action with the filing of a complaint against Defendants Kern County Sheriff's Office, Kern County, Sheriff Donny Youngblood, and Kern County Hospital Authority. (Doc. 1). On August 8, 2024, Plaintiffs filed a first amended complaint. (Doc. 7).

Pending before the Court is the parties' stipulated request for an order granting Plaintiffs leave to file a second amended complaint. (Doc. 51). The second amended complaint adds as Defendants: (1) Deputy Brian Andrews; (2) Deputy Christopher Mora; (3) Senior Deputy Brandon Harleston; (4) Lieutenant Scott Harbour; (5) Senior Deputy Tiffani Moore; (6) Detentions Sergeant Joshua Gause; (7) Correctional Behavioral Health Clinician Cuem; (8) Licensed Vocational Nurse Mona De Guzman; (9) Registered Nurse Vivian Dela Cruz; (10) Registered Nurse Ella Flaminiano; and (11) Registered Nurse Jei Li-Shapiro. (*Id.* at 2; Doc. 51-1

at 1). It also adds two additional causes of action: violation of 42 U.S.C. § 12101, *et seq.*, and violation of 29 U.S.C. § 794(a). (Doc. 51-1 at 1).

**Conclusion and Order**

In light of the parties' representations and good cause appearing (*see* Fed. R. Civ. P. 15(a)(2), IT IS HEREBY ORDERED:

1. No later than seven (7) days following entry of this order, Plaintiffs SHALL FILE as a stand-alone docket entry the second amended complaint proposed in the parties' stipulation (Doc. 51-1); and

2. Defendants shall respond to the second amended complaint within 30 days of its filing.

IT IS SO ORDERED.

Dated:   **April 17, 2025**                    _____
                                                UNITED STATES MAGISTRATE JUDGE

2