UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DERRICK AUSTIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KERN COUNTY SHERIFF'S OFFICE, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-00647-KES-CDB <br><br> ORDER ON DEFENDANTS' REQUST TO CORRECT CLERICAL MISTAKE, VACATING PRIOR RESPONSE DEADLINE, AND REQUIRING DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT WITHIN 30 DAYS OF SERVICE <br><br> (Docs. 54, 55, 57) |

Pending before the Court is Defendants' request (Doc. 57) for the Court to correct its order on the parties' stipulation, granting leave to file a second amended complaint (Doc. 54). Defendants represent that the parties' stipulation (Doc. 51) included that "Defendants shall have 30 days to file [a] responsive pleading <u>after service</u> of the second amended complaint." (Doc. 57 at 2) (emphasis in original). A review of the parties' stipulation confirms Defendants' representation. (Doc. 51 at 3). Defendants further represent that:

> The current counsel for the existing County Defendants is not authorized to accept service of a complaint on county employees or former county employees without their consent. The California Government Code sets out provisions for public employees to seek representation. In addition, if conflicts of interest exist the employing public entity may elect not to provide a defense. After filing the second amended complaint Plaintiffs need to serve the Second Amended Complaint on the new defendants. The current order [Doc. 54] requires Defendants to respond to the

second amended complaint within 30 days of filing.  The new defendants may not be served within that time.

(Doc. 57 at 2) (citing Cal. Gov. Code §§ 995, 995.2).

As such, the Court will vacate the prior response deadline and set a new response deadline, running from the date of service of the second amended complaint.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request (Doc. 57) is GRANTED (*see* Fed. R. Civ. P. 60(a));
2. The previously ordered deadline for Defendants to file their response to the second amended complaint (Doc. 54) is VACATED;
3. Defendants shall file their responsive pleading within 30 days of service of the second amended complaint (Doc. 55).

IT IS SO ORDERED.

Dated:   **April 24, 2025**

UNITED STATES MAGISTRATE JUDGE

2