UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DERRICK AUSTIN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>KERN COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-00647-CDB<br><br>ORDER ON STIPULATED REQUEST TO AMEND SCHEDULING ORDER <u>AS MODIFIED</u><br><br>(Doc. 83) |

On January 12, 2026, following the vacatur of certain case management dates pending the settling of the parties' pleadings, the Court ordered the parties to file a stipulated request to modify the scheduling order, to the extent of proposing modifications to all remaining case management dates. (Doc. 82). Pending before the Court is the parties' joint stipulated request to amend the scheduling order. (Doc. 83).

**Background**

On May 27, 2025, Defendants Kern County Hospital Authority ("KCHA"), Vivian Dela Cruz, Ella Flaminiano, Mona De Guzman, and Jei Li-Shapiro filed a motion to dismiss all claims against them asserted in the second amended complaint. (Doc. 65). During the mid-discovery status conference on June 18, 2025, the parties discussed with the Court the implications for the existing case deadlines presented by the pending motion to dismiss. Following the conference, the Court vacated the non-expert

1

discovery deadline, to be reset with in-kind extensions of all other case management dates following disposition of the motion to dismiss.  (Doc. 72).

On September 18, 2025, the Court granted in part the motion to dismiss with leave to amend. (Do. 75).   Plaintiffs filed a third amended complaint ("TAC") on October 2, 2025.   (Doc. 77). Defendants, thereafter, filed answers to the TAC.  (Docs. 78, 79, 80).  The parties filed the pending joint stipulated request to amend the scheduling order on January 20, 2026.  (Doc. 83).

In support of their request to extend case management dates, the parties provide relevant background regarding their efforts to undertake discovery prior to the filing of the motion to dismiss. *Id.* at 2.  Additionally, the parties provide procedural background regarding the motion, the filing of the TAC, and Defendants' answers. *Id.* at 2-3.

**Discussion**

The parties propose the following extended deadlines (*id.* at 3):

| Event | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Deadline | 07/25/2025 | 06/29/2026 |
| Expert Disclosure Deadline | 08/29/2025 | 07/29/2026 |
| Rebuttal Disclosure Deadline | 10/03/2025 | 08/28/2026 |
| Expert Discovery Deadline | 11/07/2025 | 09/28/2026 |
| Non-Dispositive Motion Filing Deadline | 11/21/2025 | 10/12/2026 |
| Non-Dispositive Motion Hearing Deadline | 01/08/2026 | 11/16/2026 |
| Dispositive Motion Filing Deadline | 01/15/2026 | 12/14/2026 |
| Dispositive Motion Hearing Deadline | 03/09/2026 | 01/18/2027 |
| Pre-Trial Conference | 07/13/2026 | 03/01/2027 |
| Trial | 09/15/2026 | 05/10/2027 |

For good cause shown, the parties' stipulated request to amend the scheduling order will be granted as modified.

///

///

2

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 38) is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| 1.  Non-Expert Discovery Deadline | 07/25/2025 | **06/29/2026** |
| 2.  Expert Disclosure Deadline | 08/29/2025 | **07/29/2026** |
| 3.  Rebuttal Disclosure Deadline | 10/03/2025 | **08/28/2026** |
| 4.  Expert Discovery Deadline | 11/07/2025 | **09/28/2026** |
| 5.  Non-Dispositive Motion Filing Deadline | 11/21/2025 | **10/13/2026** |
| 6.  Non-Dispositive Motion Hearing Deadline | 01/08/2026 | **11/17/2026** |
| 7.  Dispositive Motion Filing Deadline | 01/15/2026 | **12/14/2026** |
| 8.  Dispositive Motion Hearing Deadline | 03/09/2026 | **01/25/2027** |
| 9.  Pre-Trial Conference | 07/13/2026 | **03/22/2027** |
| 10. Trial | 09/15/2026 | **05/17/2027** |

IT IS SO ORDERED.

Dated:    **January 21, 2026**    _____

UNITED STATES MAGISTRATE JUDGE

3